IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Sharon Hesch and James Hesch, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER GRANTING MOTION TO** |
| | ) | **APPEAR PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Wyeth, Inc., et. al., | ) | Case No. 4:07-cv-071 |
| | ) | |
| Defendants. | ) | |

Before the court is the Plaintiffs' motion for attorney Korey A. Nelson to appear *pro hac vice* on their behalf. In accordance with Local Rule 79.1(D), Mr. Nelson has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fee to the office of the clerk. Accordingly, the Plaintiffs' motion (Docket No. 3) is **GRANTED**. Attorney Korey A. Nelson is admitted to practice before this court in this matter on the Plaintiffs' behalf.

**IT IS SO ORDERED.**

Dated this 31st day of October, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge